UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 18-140-JLS |
|---|---|
| Plaintiff, | ORDER CONTINUING SENTENCING HEARING |
| v. | |
| JACOB TAUBER, | |
| Defendant. | |

The Court has read and considered the stipulation to continue the sentencing hearing filed by the parties in this matter on May 4, 2020. FOR GOOD CAUSE SHOWN, the sentencing hearing for defendant JACOB TAUBER is hereby continued to December 18, 2020 at 8:30 a.m.

IT IS SO ORDERED.

05/07/2020
DATE

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
SCOTT D. TENLEY
Assistant United States Attorney

CC: USPO/PSA